SNR DENTON US LLP
2121 N. CALIFORNIA BOULEVARD, SUITE 800
WALNUT CREEK, CALIFORNIA 94596-7342
(925) 949-2600

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FIORELLA URBINATI, ILIARA URBINATI PIERSANTI, DAVID H. PIERCE, and ILYSIA J. PIERCE,<br><br>Defendants. | Case No. CV10-2269 JST (FMOx)<br><br>JUDGMENT IN FAVOR OF PLAINTIFF ALLSTATE INSURANCE COMPANY |

By Order dated April 25, 2011, the Court granted Allstate Insurance Company's Motion for Summary Judgment.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

(1) Allstate had no duty to defend Fiorella Urbinati in the matter entitled *Pierce v. Urbinati, et al.,* Los Angeles County Superior Court, case number SC088263;

(2) Allstate has and had no duty to defend Fiorella Urbinati in the matter entitled *Pierce v. Urbinati, et al.,* Los Angeles County Superior Court, case number SC090095 (the "Second Pierce Action");

(3) Allstate has no duty to indemnify Fiorella Urbinati for the judgment awarded in the Second Pierce Action, including but not limited to any interest, fees or costs;

(4) Allstate has no duty to defend or indemnify Fiorella Urbinati or Ilaria Piersanti in the matter entitled *Pierce v. Urbinati and Piersanti*, Los Angeles Superior Court, case number SC106484 (the "Fraudulent Transfer Action");

(5) Ms. Urbinati shall reimburse Allstate for all reasonable attorneys fees, court costs and other expenses paid to defend her against the Second Pierce Action, including the appeal of the Second Pierce Action, in an amount the Court will determine. Allstate shall submit evidence of such fees, costs and expenses to this Court within 30 days of the date of this Judgment;

(6) Ms. Urbinati and Ms. Piersanti shall reimburse Allstate for all reasonable attorneys fees, court costs and other expenses paid to defend them against the Fraudulent Transfer Action, in an amount the Court will determine. Allstate shall submit evidence of such fees, costs and expenses to this Court within 30 days of the date of this Judgment;

(7) Allstate shall recover from Defendants its costs of suit pursuant to its memorandum of costs, to be filed in accordance with L.R. 54-3.

Dated: May 26, 2011   _____
THE HON. JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE