UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FIORELLA URBINATI, ILIARA URBINATI PIERSANTI, DAVID H. PIERCE, and ILYSIA J. PIERCE,<br><br>Defendants. | Case No. CV10-2269 JST (FMOx)<br><br>JUDGMENT FOR ATTORNEYS' FEES AND COSTS |

Based on this Court's July 28, 2011 Order Granting Plaintiff's Motion to Establish Amount of Reimbursement for Defense Fees and Costs, and the Bill of Costs entered June 23, 2011, judgment is hereby entered in favor of plaintiff Allstate Insurance Company and against defendants Fiorella Urbinati and Ilaria Urbinati Piersanti as follows:

(1) Urbinati shall reimburse Allstate $313,931.28 for the attorneys' fees and costs Allstate paid to defend her in the Second Pierce Action;

(2) Urbinati and Piersanti, jointly and severally liable, shall reimburse Allstate $46,814.18 for the attorneys' fees and costs Allstate paid to defend them in the Fraudulent Transfer Action;

(3) Costs are taxed in the amount of $4,983.55, jointly and severally against all defendants.

IT IS SO ORDERED.

Dated:  February 17, 2012    _____
THE HON. JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE